UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ARAYA HENOK,                            )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        Civil Action No. 14-1114 (PLF)
                                        )
GLADYS KESSLER, et al.                  )
                                        )
                    Defendants.         )
_____ )

ORDER

    For the reasons stated in the Opinion issued this same day, it is hereby

    ORDERED that the motion to dismiss [Dkt. No. 3] filed by the District of

Columbia is GRANTED; it is

    FURTHER ORDERED that the motion to dismiss [Dkt. No. 4] filed by the

District of Columbia Commission on Judicial Disabilities and Tenure is GRANTED; it is

    FURTHER ORDERED that the plaintiff's motion to amend the complaint

[Dkt. No. 10] is DENIED; and it is

    FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall remove this case from the docket of this Court.  This is a final

appealable Order.  See FED. R. APP. P. 4(a).

    SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  January 29, 2015                 United States District Judge